[No. 31348-7-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R. STROMBERG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03773-2, Michael J. Fox, J., entered August 17, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, C.J., and Scholfield, J. Pro Tem.

[No. 32958-8-I.    Division One.    January 17, 1995.]

O.P.E.N. AMERICA, INC., ET AL, *Appellants*, v. MOEUY PHNOUK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-07993-3, Carol A. Schapira, J., entered August 21, 1992. *Affirmed in part* by unpublished opinion per Baker, J., concurred in by Pekelis, C.J., and Kennedy, J.

[No. 32301-6-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01322-8, Gerald L. Knight, J., entered February 4, 1993. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Agid and Becker, JJ.

[No. 32604-0-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SELESTINE JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00479-4, Anthony P. Wartnik, J., entered March 25, 1993. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Grosse and Agid, JJ.